# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Cheryl Yachnin

                Plaintiff,

v.                                       Case No.: 1:10–cv–05419
                                                Honorable Virginia M. Kendall

Village of Libertyville, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 22, 2010:

    MINUTE entry before Honorable Virginia M. Kendall:Initial Status hearing held on 11/22/2010. Status hearing set for 3/9/2011 @ 9:00 am. Defendants motions to dismiss[13], [8] are briefed as follows: Responses due by 12/21/2010. Replies due by 1/7/2011. Ruling will be made by mail. Status hearing set for 9/19/2011 at 09:00 AM. Discovery ordered closed by 9/16/2011. Dispositive motions with supporting memoranda due by 10/10/2011. Responses due by 11/14/2011. Replies due by 11/28/2011. Ruling will be made by mail. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.